# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HYBRID PROMOTIONS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL ZASLAVSKY, an individual,<br><br>Defendant.<br><br>And Related Counterclaims. | Case No.: 2:16-cv-02227-AB-AFM<br>*Hon. André Birotte, Jr. Presiding*<br><br>**[PROPOSED] ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

[~~PROPOSED~~] ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1.      This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii);

2.      This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal;

3.      The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

4.      The Court will retain jurisdiction to enforce the terms of the settlement agreement entered into in this matter.

SO ORDERED.

Dated: September 19, 2017        By: _____

HON. ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE